JEFFREY A. ROSENFELD – SBN 136896
WILLIAM P. DONOVAN, JR. – SBN 155881
DLA PIPER RUDNICK GRAY CARY US LLP
1999 Avenue of the Stars
Fourth Floor
Los Angeles, California 90067-6022
Telephone: (310) 595-3001
Facsimile: (310) 595-3301
william.donovan@dlapiper.com

MICHAEL JOBLOVE (ADMITTED *PRO HAC VICE*)
GENOVESE, JOBLOVE & BATTISTA P.A.
Bank of America Tower, 44th Floor
100 S.E. Second Street
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
mjoblove@gjb-law.com

Attorneys for Defendant
BURGER KING CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DIVISION - FRESNO

| | |
|---|---|
| GREGORY C. SCHNEIDER, an individual,<br><br>            Plaintiff,<br>vs.<br><br><br>BURGER KING CORPORATION<br><br>            Defendant. | Case No. 06-00022 REC- DLB<br><br>*[Assigned to Hon. Robert E. Coyle, Dept. 1]*<br><br>**STIPULATION FOR CONTINUANCE OF DEFENDANT BURGER KING CORPORATION'S MOTION TO STAY OR, ALTERNATIVELY, TO DISMISS THIS ACTION AND ORDER THEREON** |

156749 v1

**STIPULATION FOR CONTINUANCE OF HEARING AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

Defendant Burger King Corporation ("BKC") and Gregory C. Schneider ("Schneider") have entered into a conditional limited license, which may ultimately lead to a resolution of this case. BKC and Schneider, by and through their respective counsel, hereby stipulate and agree that in the interests of judicial economy, the hearing on BKC's Motion to Stay or, Alternatively, to Dismiss currently scheduled for February 27, 2006 be continued ninety (90) days to May 30, 2006, at 1:30 p.m. in the captioned Court. The briefing schedule for Schneider's opposition brief and BKC's reply brief shall be correspondingly continued. No amended notice of motion need be filed or served by BKC.

Dated: February 15, 2006            DLA PIPER RUDNICK GRAY CARY US LLP


By: /s/
   William P. Donovan, Jr.
   Attorneys for Defendant
   BURGER KING CORPORATION


Dated: February 15, 2006            KIMBLE, MacMICHAEL & UPTON


By: /s/
   Steven D. McGee
   Attorneys for Plaintiff
   GREGORY C. SCHNEIDER


**ORDER**

**IT IS SO ORDERED:**

**Dated:  February _27_, 2006**            _/s/ ROBERT E. COYLE
                                           **Honorable Robert E. Coyle**

156749 v1

**STIPULATION FOR CONTINUANCE OF HEARING AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com