```
 1  JEFFREY A. ROSENFELD – SBN 136896
    WILLIAM P. DONOVAN, JR. – SBN 155881
 2  DLA PIPER RUDNICK GRAY CARY US LLP
    1999 Avenue of the Stars
 3  Fourth Floor
    Los Angeles, California 90067-6022
 4  Telephone: (310) 595-3001
 5  Facsimile: (310) 595-3301
    william.donovan@dlapiper.com
 6
    MICHAEL JOBLOVE (ADMITTED PRO HAC VICE)
 7  GENOVESE, JOBLOVE & BATTISTA P.A.
    Bank of America Tower, 44th Floor
 8  100 S.E. Second Street
    Miami, Florida 33131
 9  Telephone: (305) 349-2300
    Facsimile: (305) 349-2310
10  mjoblove@gjb-law.com

11  Attorneys for Defendant
    BURGER KING CORPORATION
12
```

FILED
MAY 30 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DIVISION - FRESNO

| | |
|---|---|
| GREGORY C. SCHNEIDER, an individual,<br><br>Plaintiff,<br>vs.<br><br>BURGER KING CORPORATION<br><br>Defendant. | Case No. 06-00022 REC- DLB<br><br>*[Assigned to Hon. Robert E. Coyle, Dept. 1]*<br><br>**STIPULATION FOR CONTINUANCE OF MAY 30, 2006 HEARING ON DEFENDANT BURGER KING CORPORATION'S MOTION TO STAY OR, ALTERNATIVELY, TO DISMISS THIS ACTION AND ORDER THEREON** |

162587 v1

2

STIPULATION FOR CONTINUANCE

1  Plantiff Gregory C. Schneider ("Schneider") has entered into an agreement to sell the
2  BURGER KING® restaurant which is the subject of this action. The sale is currently scheduled
3  to close on May 26, 2006. Schneider and Defendant Burger King Corporation ("BKC"), by and
4  through their respective counsel, hereby stipulate and agree that in the interests of judicial
5  economy, the hearing on BKC's Motion to Stay or, Alternatively, to Dismiss, which is currently
6  scheduled for May 30, 2006, be continued thirty (30) days to June 29, 2006, at 1:30 p.m. in the
7  captioned Court. The briefing schedule for Schneider's opposition brief and BKC's reply brief
8  shall be correspondingly continued. No amended notice of motion need be filed or served by
9  BKC.

Dated: May 17, 2006                   DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
William P. Donovan, Jr.
Attorneys for Defendant
BURGER KING CORPORATION

Dated: May __, 2006                   KIMBLE, MacMICHAEL & UPTON

By: _____ FOR
Steven D. McGee
Attorneys for Plaintiff
GREGORY C. SCHNEIDER

**ORDER**

IT IS SO ORDERED:
Dated: May 24, 2006

_____
Honorable Robert E. Coyle

162587 v1                                 2
STIPULATION FOR CONTINUANCE