1  JEFFREY A. ROSENFELD – SBN 136896
2  WILLIAM P. DONOVAN, JR. – SBN 155881
   DLA PIPER RUDNICK GRAY CARY US LLP
3  1999 Avenue of the Stars
   Fourth Floor
4  Los Angeles, California 90067-6022
   Telephone: (310) 595-3001
5  Facsimile: (310) 595-3301
   william.donovan@dlapiper.com
6
7  MICHAEL JOBLOVE (ADMITTED *PRO HAC VICE*)
   GENOVESE, JOBLOVE & BATTISTA P.A.
   Bank of America Tower, 44th Floor
8  100 S.E. Second Street
   Miami, Florida 33131
9  Telephone: (305) 349-2300
   Facsimile: (305) 349-2310
10 mjoblove@gjb-law.com

11 Attorneys for Defendant
   BURGER KING CORPORATION
12

UNITED STATES DISTRICT COURT

EASTERN DIVISION - FRESNO

| | |
|---|---|
| GREGORY C. SCHNEIDER, an individual,<br><br>           Plaintiff,<br>vs.<br><br><br>BURGER KING CORPORATION<br><br>           Defendant. | Case No. 06-00022 OWW- DLB<br><br><br>**JOINT STIPULATION TO DISMISS AND ORDER** |

163154 v1

**JOINT STIPULATION FOR DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

1  A. **WHEREAS,** the Parties have agreed to settle their differences and, on that basis, agreed to sell the franchise at issue;

B. **WHEREAS,** the parties contemplate a dismissal of this action <u>with prejudice</u>;

**NOW THEREFORE,**

1. **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this action, through their respective counsel of record, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rule of Civil Procedure 41(a)(1).

2. **IT IS FURTHER STIPULATED AND AGREED** by and between the Parties to this action, through their respective counsel of record, that each party shall bear its attorneys' fees and other litigation expenses incurred in the prosecution and defense of this action.

3. **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and taken together shall constitute the executed Stipulation.

/ / /

/ / /

/ / /

163154 v1

**JOINT STIPULATION FOR DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

1     4.    **IT IS FURTHER STIPULATED AND AGREED** that a fax signature copy of this Stipulation shall have the same force and effect as an original.

**IT IS SO STIPULATED.**

Dated: June 20 , 2006        DLA PIPER RUDNICK GRAY CARY US LLP

By: William P. Donovan, Jr.  /S/
     William P. Donovan, Jr.
     Attorneys for Defendant
     BURGER KING CORPORATION

Dated: June 1, 2006        KIMBLE, MacMICHAEL & UPTON

By: Steven D. McGee /S/
     Steven D. McGee
     Attorneys for Plaintiff
     GREGORY C. SCHNEIDER

163154 v1

**JOINT STIPULATION FOR DISMISSAL**

PDF created with pdfFactory trial version www.pdffactory.com

1
## **ORDER**

2    Pursuant to the Parties' stipulation, this action shall be dismissed with
3 prejudice, with each party to bear its attorneys' fees and other litigation expenses
4 incurred in the prosecution and defense of this action.
5    IT IS SO ORDERED.
6    Dated: _June 30, 2006

7                        __/s/ OLIVER W. WANGER_____
                         Honorable Oliver W. Wanger
8                        United States Senior District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com